UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALTOGRACIA MORALES, )<br>)<br>         Plaintiff, )<br>)<br>vs. )<br>)<br>USCIS AND USICE, )<br>)<br>         Defendants. )<br>_____ ) | No. CV-12-3001-LRS<br>**ORDER OF DISMISSAL** |

The *pro se* Plaintiff, proceeding *in forma pauperis*, has filed a Complaint against the Defendants with allegations purportedly stemming from Plaintiff's immigration/removal status proceedings. On March 12, 2012, the Court reviewed the Complaint for legal and factual sufficiency. The Court has determined that the Complaint fails to comply with Federal Rule of Civil Procedure 8(a). For instance, the Complaint requests this Court to provide an "opportunity to prove her right for Cancellation of Removal." ECF No. 4, at 3. Plaintiff further requests "[a]n order that the USCIS will immediately grant a work permit status and LPR Status through Cancellation of Removal . . ." *Id*. at 2.

When a complaint is dismissed under 28 U.S.C. §1915, the plaintiff should be given leave to amend the complaint with directions as to curing its deficiencies, unless it is clear from the face of the complaint that the deficiencies could not be cured by amendment. *Noll v. Carlson*, 809 F.2d 1446, 1448 (9th Cir.1987) (dismissal for failure to state a claim). The Court finds that the deficiencies herein cannot be cured by any amendment. Any remedy in this Court will have to await

**ORDER OF DISMISSAL -1**

deportation proceedings.  The Court hereby dismisses Plaintiff's action without prejudice.

**IT IS HEREBY ORDERED**: Plaintiff's action is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, provide a copy to plaintiff, and **CLOSE THIS FILE.**

**DATED** this    27th    day of March, 2012.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

**ORDER OF DISMISSAL -2**